IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **EUGENE HUNTER,** : | |
| : | |
|    **Plaintiff,** : | |
| : | Case No.: 1:08-cv-00303 |
| v. : | Judge Kollar-Kotelly |
| : | |
| **DISTRICT OF COLUMBIA GOVERNMENT, et al** : | |
| : | |
|    **Defendants.** : | |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that on March 18, 2008, the Summons and Complaint in the above-captioned case was hand delivered to the Office of the Attorney General at 444 4th Street, N.W. 6th floor south, Washington, D.C. 20001 and left with the designated representative Ms. Tonia Robinson.

The Summons and Complaint were in fact received by the defendant as evidenced by Exhibit A, of which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

                                                Respectfully submitted,

                                  By:      /s/ *Donna Williams Rucker*
                                                 Donna Williams Rucker, Esquire
                                                 DUBOFF & ASSOCIATES, CHARTERED
                                                 8401 Colesville Road, Suite 501
                                                 Silver Spring, Maryland 20910
                                                 (301) 495-3131    Office
                                                 (301) 587-1872    Facsimile

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3-18- 12:15 p |
| NAME OF SERVER (PRINT) HAROLD LATTEN | TITLE Process Servers |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served:
444 4 ST NW 6th floor

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Tonia Robinson

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-18-08
       Date

Signature of Server

PO Box 68 Lanham MD 20703
Address of Server

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.