# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **EUGENE HUNTER,** : | |
| : | |
| **Plaintiff,** : | |
| : | **Case No.: 1:08-cv-00303** |
| v. : | **Judge Kollar-Kotelly** |
| : | |
| **DISTRICT OF COLUMBIA GOVERNMENT, et al** : | |
| : | |
| **Defendants.** : | |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that on March 18, 2008, the Summons and Complaint in the above-captioned case was hand delivered to the office of the Chief of Police Cathy L. Lanier at 300 Indiana Avenue, N.W., Washington, D.C. 20001 and left with Lind Ann Tolso.

The Summons and Complaint were in fact received by the defendant as evidenced by Exhibit A, of which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted,

By:  ___/s/ *Donna Williams Rucker*___
Donna Williams Rucker, Esquire
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131    Office
(301) 587-1872    Facsimile

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3-18  12:11 |
| NAME OF SERVER *(PRINT)* HAROLD LALLEN | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Chief Cathy Lanier
300 Indiana Ave WDC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Lind Ann Tolso

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-18-08
Date

Signature of Server

PO Box 108 Lanham MD 20703
Address of Server

⁽¹⁾ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.