UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 08 CV 00303 (CKK) |
| | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO
PLAINTIFF'S COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

Defendants, District of Columbia and Chief Cathy Lanier, by and through counsel, respectfully moves the Court pursuant to Federal Rules of Civil Procedure, Rule 6(b) to enlarge the time in which to file answer or otherwise respond to the Complaint filed herein on February 22, 2008. A responsive pleading to the Complaint is due on or about April 7, 2008.. The aforementioned defendants request an enlargement up to and including May 7, 2008. Counsel for plaintiff was contacted and she consents only in so far as the motion seeks time to file an answer to the complaint.

The grounds for motion are that the complaint reached counsel for defendants on March 21, 2008. Although 10 working days has passed since this matter was assigned to the undersigned counsel, he has not, because of other matters assigned him, had time to investigate this matter, obtain pertinent documents, consult with the client and or agency and to draft an appropriate response.

Plaintiff will not be prejudiced by this brief enlargement because the incident which forms the basis for the complaint occurred over a year ago.

Wherefore, the defendants respectfully request that this Court expand

the time to file a answer or otherwise respond to the Complaint up to and including

May 7, 2008..

                               Respectfully submitted,

                               PETER J. NICKL;ES
                               Interim Attorney General for the
                               District of Columbia

                               GEORGE C. VALENTINE
                               Deputy Attorney General
                               Civil Litigation Division


                               Kimberly M. Johnson
                               _____
                               KIMBERLY M. JOHNSON (#435163)
                               Section Chief, General Litigation Section I

                               Melvin W. Bolden, Jr.
                               _____
                               MELVIN W. BOLDEN, JR. (# 192179)
                               Assistant Attorney General
                               441 Fourth St., N.W.
                               Sixth Floor South
                               Washington, D.C. 20001
                               (202) 724-5695


                               CERTIFICATE OF SERVICE

      I certify that on the 4th day of April 2007, a copy of the foregoing motion, memorandum and proposed order was electronically served on Donna Williams Rucker, Esquire.

                               Melvin W. Bolden, Jr.
                               _____
                               Melvin W. Bolden, Jr.
                               Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EUGENE HUNTER, | . | ) |
| | | ) |
| Plaintiff, | | ) |
| | | ) Civil No. 08 CV 00303 (CKK) |
| | | ) |
| | | ) |
| DISTRICT OF COLUMBIA, et al. | | ) |
| | | ) |
| Defendants. | | ) |

MEMORANDUM IN SUPPORT OF MOTION FOR ENLARGEMENT
OF TIME TO FILE A RESPONSE TO THE COMPLAINT FOR
EQUITABLE RELIEF AND DAMAGES

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. The reasons set forth in the motion.

3. The record herein.

                          Respectfully submitted,

                          Peter J. Nickles
                          Interim Attorney General for the
                          District of Columbia

                          GEORGE C. VALENTINE
                          Deputy Attorney General
                          Civil Litigation Division

                          Kimberly M. Johnson
                          _____
                          KIMBERLY M. JOHNSON (#435163)
                          Section Chief, General Litigation Section I

                          Melvin W. Bolden, Jr.
                          _____
                          MELVIN W. BOLDEN, JR. (# 192179)
                          Assistant Attorney General
                          441 Fourth St., N.W.
                          Sixth Floor South
                          Washington, D.C. 20001
                          (202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE HUNTER,   .   ) | |
| ) | |
| Plaintiff,   ) | |
| ) Civil No. 08 CV 00303 (CKK) | |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al.   ) | |
| ) | |
| Defendants.   ) | |

ORDER

Upon consideration of the Motion for Enlargement of Time to File a Response to the Amended Complaint, plaintiff's response thereto, and the record herein, it is by the Court, this ___day of April, 2008

ORDERED: that the Motion for Enlargement of Time to File a Response to the Complaint, be, and hereby is GRANTED; and it is

FURTHER ORDERED: that the defendants shall have up to and including May 7, 2008 to file their response to the complaint.

_____
COLLEEN KOLLAR- KOTELLY
United States Judge

5