UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 08 CV 00303 (CKK) |
| | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

MOTION FOR FURTHER ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

Defendants, District of Columbia and Chief Cathy Lanier, by and through counsel, respectfully moves the Court pursuant to Federal Rules of Civil Procedure, Rule 6(b) to further enlarge the time in which to file answer or otherwise respond to the Complaint. A responsive pleading to the Complaint is due on or about May 7, 2008. The aforementioned defendants request an enlargement up to and including June 10, 2008. An attempt to contact counsel for plaintiff was made. However, at the time of the filing of this motion no response was received from plaintiff's counsel.

The grounds for motion are that counsel for defendant has been unable to obtain documents and other information that are germane to this matter. Upon receipt of reports and other information, counsel for defendant will be able to file an appropriate response.

Plaintiff will not be prejudiced by this brief enlargement because the incident which forms the basis for the complaint occurred over a year ago.

Wherefore, the defendants respectfully request that this Court expand the time to file a answer or otherwise respond to the Complaint up to and including

June 9, 2008..

        Respectfully submitted,

        PETER J. NICKL;ES
        Interim Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        Kimberly M. Johnson
        _____
        KIMBERLY M. JOHNSON (#435163)
        Section Chief, General Litigation Section I

        Melvin W. Bolden, Jr.
        _____
        MELVIN W. BOLDEN, JR. (# 192179)
        Assistant Attorney General
        441 Fourth St., N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-5695

## CERTIFICATE OF SERVICE

     I certify that on the 7th day of May, 2007, a copy of the foregoing motion, memorandum and proposed order was electronically served on Donna Williams Rucker, Esquire.

        Melvin W. Bolden, Jr.
        _____
        Melvin W. Bolden, Jr.
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EUGENE HUNTER, | . | ) |
| | | ) |
| Plaintiff, | | ) |
| | | ) Civil No. 08 CV 00303 (CKK) |
| | | ) |
| | | ) |
| DISTRICT OF COLUMBIA, et al. | | ) |
| | | ) |
| Defendants. | | ) |

**MEMORANDUM IN SUPPORT OF MOTION FOR FURTHER ENLARGEMENT
OF TIME TO FILE A RESPONSE TO THE COMPLAINT FOR
EQUITABLE RELIEF AND DAMAGES**

1. Federal Rules of Civil Procedure, Rule 6 (b).
2. The reasons set forth in the motion.
3. The record herein.

    Respectfully submitted,

    Peter J. Nickles
    Interim Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    Kimberly M. Johnson

    _____
    KIMBERLY M. JOHNSON (#435163)
    Section Chief, General Litigation Section I

    Melvin W. Bolden, Jr.

    _____
    MELVIN W. BOLDEN, JR. (# 192179)
    Assistant Attorney General
    441 Fourth St., N.W.
    Sixth Floor South

Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EUGENE HUNTER, . | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 08 CV 00303 (CKK) |
| | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the Motion for Further Enlargement of Time to File a Response to the Amended Complaint, plaintiff's response thereto, and the record herein, it is by the Court, this ___day of May, 2008

ORDERED: that the Motion for FurtherEnlargement of Time to File a Response to the Complaint, be, and hereby is GRANTED; and it is

FURTHER ORDERED: that the defendants shall have up to and including June 10, 2008 to file their response to the complaint.

_____
COLLEEN KOLLAR- KOTELLY
United States Judge

4