**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | | |
|---|---|---|
| **EUGENE HUNTER,** | : | |
| Plaintiff, | : | |
| | : | Case No.: 1:08-cv-00303 |
| v. | : | Judge Kollar-Kotelly |
| **DISTRICT OF COLUMBIA GOVERNMENT, et al** | : | |
| **Defendants.** | : | |

### PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that on June 11, 2008, the Summons and Complaint in the above-captioned case was hand delivered to the home of Officer William Suter and left with a person of suitable age and discretion at 37136 Gallop Lane, Purcellville, Virginia 20132-2881.

The Summons and Complaint were in fact received by the defendant as evidenced by Exhibit A, of which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted,

By:   /s/ *Donna Williams Rucker*
Donna Williams Rucker, Esquire
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131   Office
(301) 587-1872   Facsimile

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6-11-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| HAROLD LATTEN | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 37136 Gallop Lane Purcellville VA 20132-2881 8:35 AM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: William P. Suter Jr. - SON Home # 540-466-6292

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-11-08
             Date              Signature of Server *(Harold Latten)*

P.O. Box 68 Lanham MD 20703
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.